**DORENE BROWNE-LOUIS**
6920 Andersons Way Apt. 204
Laurel, MD 20707
340-690-2254
dpblouis@gmail.com

April 12, 2018

Honorable John D. Bates
United States District Judge
333 Constitution Avenue, NW
Washington, DC 20001

Dear Honorable John D. Bates,

It is with utmost contrition and humiliation that I write a letter of this magnitude to you. Though human and cognizant of the fact that we all make mistakes, never would I have ever imagined being entangled in such an awful scandal never mind being the defendant of a crime.

First, I need you to know how very sorry I am about the deplorable actions that were taken against the Honorable Congresswoman and her family. As a lady, I would not want or wish it for myself or anyone else. I also need to sincerely apologize for the position I took before the Grand Jury. At the time, it seemed to me like no one cared about what I was going through and in my despair of mental, emotional and physical anguish I made extremely poor decisions.

In my distress and darkest, broken period of life, I made very poor choices in not only my company and housemates, but more critically, in my level of trust extended and poor judgement exercised. For my direct and indirect association and involvement, I am sincerely remorseful and wish I could turn back the hands of time as I should have known better. Not having the capacity to do the latter, all I can do at this juncture is pray for continued healing and guidance, beg your mercy and lenience toward me and purpose in my heart to never to let my guard down, walk in darkness or be entangled that way again. I have learned very distinct lessons as a result of this horrendous case, the most valuable being one that my mom always warned about since childhood, "you are known by the company you keep." It has always been my innate characteristic to love, bless, nurture, host, provide, advocate, house…those in need.

I grew up in a very loving, tight knit family that has always loved and blessed any and everyone that remotely showed or expressed a need for help. Unfortunately, this same act of kindness, spirit of love, humanitarianism, ministry to all mankind and obedience to Matthew 25:40- *"whatever you do for the least of these brothers and sisters, you have done it for me,"* has come back to haunt me and cause me enormous pain and ruin as I've been deceived, manipulated and victimized in my own home. Though I made a grave mistake in the position I took and decision I made, I consider this situation to be a seed of evil and major distraction in our home. Whereas we should have taken the lead as customary in the home and demanded respect and dignity, we allowed darkness and worldliness to lead us astray, me being the greatest to blame 2Timothy 2:16 say, "keep away from worldly and empty chatter, for it will lead to further ungodliness."  Though this was a grave mistake that I've made which has proven in every

context to be way out of character, I will continue to assure myself and my children that we will not be defined by circumstance.  Set backs and tragedies of life are to be quickly recognized, remedied and retaught. I share the sentiment of Henry Ford, "obstacles are those frightful things you see when you take your eyes off your goal". However, we were once a committed, purpose driven family and we will once again live a meaningful life that is pleasing to our Maker and King, Jesus Christ.

It aches my heart to see the pain and distress that has befallen my beautiful, humble, God-fearing first born, Britney. It is even more painful to witness the despair and anguish that is consuming my handsome, intelligent, once jovial and outgoing, kindhearted, well-mannered, spiritually and scholastically inclined son, Adonte'. This young honor student is the perfect model son that anyone would be proud to parent. During my early stages of mourning, coupled by my post-operative woes and physical challenges, Adonte' was the one who stood closest to me; encouraging, feeding and literally lifting me in and out of bed. He prayed with and for me, ran my errands, helped out with his little brother by taking him to and from school and constantly assured me that, "we were going to make it!" For those commendable traits and so much more, I crave normalcy for my entire family, but particularly my two sons Adonte' (18) who was my strong tower and main source of strength and Kayden (6) who still serves as my Chief Motivator and paramount purpose to not only live, but excel.

On April 10, 2018, Contemporary Family Services Inc., the agency in which my daughter Britney is employed, announced their closing effective April 30th, 2018 as they no longer have funding to continue services. This of course coupled with my husband's death, my loss of job and lack of stable income places yet another financial strain on our family. More important and concerning to me is that if employment is not regained in very short order, it would send Britney into a deeper depression. My immediate solution is to heighten the marketing of Favored Spaces, the new company I formed in 2017, in an effort to help support my daughter financially until she can stand on her own again. As Britney works along side me, it would also afford me the much needed opportunity to better monitor and coach her while strongly encouraging her to enroll in the professional therapy that she is in need of. This is extremely disheartening for me as Britney is a very intelligent, reliable, hard worker who is also currently pursuing a Masters degree in Psychology-Mental Health Counseling. Britney just gained some long desired independence as she moved into her very own apartment in December 2017 and certainly cannot afford to be out of work.

It is my sincere prayer that once this case is over, I can hopefully start a new chapter of life and regain full semblance of purity, stability and integrity as I once again parent my children (biological or not) the way I was accustomed. -*"Motivation is only what gets you started, habit is what keeps you going" (Jim Ryan).*

Being an active and supportive mother has been a rather natural thing for me as I have always put my children first and considered this role most significant not only to my biological children, but also to my nieces, great nephews, church and community youngsters. Mothering the youth from all walks of life has always been my passion whether they were in need of a listening ear, a gentle, loving heart or firm, but forgiving arms. Yet, despite my years of experience and compelling desire, I find this period of motherhood to be most challenging as I watch my own children agonize over the loss of their dad and deal with this confusion I now find myself. In my own loving way, with tears in my eyes, a broken heart and trembling voice, I always manage to utter, "I am here and it's going to be okay by the help and grace of God."

I am also extremely saddened by the loss of communication that has launched between my dad and me since this case. I've been told that, "dad simply can't stand to hear the pain and brokenness in your voice hence his distance". What once used to be almost daily calls ranging from 30-75 minutes, has now become weekly, sometimes bi-weekly mere check-ins with specific, tailored query of my health, the children, the new business and the St. Thomas project(reconstruction of my house damaged by Hurricanes Irma and Maria).

One of the most hurtful things that was said to me since this investigation begun was, "everyone calls on God when they are in trouble." This statement was alluding to the mistaken assumption that I am not a true or seasoned Christian. Likewise, the most devastating thing to watch was the raid of our home as several uniformed agents ordered my two older children and me out of the house and did a pat down search on Britney and Adonte'. Neither me or any member of my immediate family has ever been in trouble with the law never mind encountered such drastic measures of humiliation. Though my recent entanglement should have never come to pass in the life of a virtuous Christian woman, namely me, I have begged for forgiveness for the wave of darkness and poor decisions that I have made. I have made it right with my Heavenly Father, expressed sincere remorse to the Honorable Congresswoman, and I have shared and counseled my children, mentees, siblings and even parents of my grave mistake and how to never encounter or fall prey to its likeness. I have enrolled in consistent, scheduled counseling sessions and I am diligently working on forgiving myself for the poor decisions/ choices made. I have purposed in my heart to move forward with stronger faith and a heightened sense of self, mission and purpose of life!

You may have heard of the fact that I lost my dear husband, Gregory Benson Louis of 14 years to gun violence. Left to mourn in our immediate family circle are four adult children and our five year old, Kayden Benson Louis whose entire world fell apart as a result of his father's murder. Kayden lived in St. Thomas with his dad where he loved the island life and was exposed to a very diverse culture. As costly as it was, our family reunited every 4-6 week and had plans of finally living under one roof again in December 2016.The tragic death of my husband on August 18, 2016 left me no choice but to move Kayden to the mainland immediately. Needless to say, the loss of his Hero, bails of mourning and weeping, sudden relocation, change of climate and culture, loss of friends and relatives and disconnection from the outside/outdoor world of construction and big trucks left my youngest son anguished. Kayden has regressed in so many ways that it is heartbreaking to watch him not only in so much pain, but also struggling to do things that were once natural and easy for him. Yet, I am amazed to note just how much he understood then and remembers now of who his dad was and what he stood for. What should have, could have, would have otherwise been a well planned, prosperous, structured, spiritually inclined and exciting life for our little boy was brutally snatched from him.

Just as I turned 39 my husband raved of having another child and begged for my agreement. Already having four children collectively, plus a wealth of adopted nieces and nephews and mentees through and through our home, I felt like we had sufficient. Besides my extensive responsibilities as mother, wife, full time Government employee, youth leader, victim's advocate, business owner, dedicated daughter, big sister and friend I wanted to shift some of my focus to pursuing a PhD in Economic. However, Benson begged to differ and pleaded for a son that we could raise together from conception in the fear and admonition of the Lord. I agreed and as we had Kayden prematurely on April 13, 2012 our lives changed immensely. Benson being the happiest member of the family gained a new sense of strength and purpose. He focused on KAYDEN and getting to his retirement and I continued to focus on the rest of the home overall, the older children, businesses, ministries, my parents, education and career. Benson did everything (except breast feeding) for his newest prized possession, Kayden. Relatives and

friends would plead to hold and help care for little Kayden as they came to the home to visit only to be told that he was busy bonding with his dad and couldn't come downstairs for their enjoyment/entertainment. In hindsight, I am so happy that Benson took that time to bond solely with Kayden as he has left remarkable memories with him.

Britney and Adonte' are both gems; they are God-fearing and were once very active in church and community activities. Unfortunately, due to the recent tragedies they have both retracted and have taken a strange guise of aloofness. I suppose in their spiritual immaturity they are wondering why all of this is happening to us and where is the God that we have so faithfully served? Had it not been for wisdom, fervent prayers, the support of so many relatives, friends and strangers alike I too would have probably shared their sentiment and wondered, why me/us? I do realize and take responsibility for my poor choices and the consequences of same, but marvel over the fact that though none of it was meant for evil, harm or retaliation my actions were all linked to the motives of another.

Your Honor, I Dorene P. Browne- Louis have learned a grave lesson that has not only changed my life, but has been a devastating lesson for my children all of my loved ones particularly two of my siblings, Bruce and Latoya who have both witnessed the level of ministry I tried to impart to all involved and my parents who to this day cannot believe the level of deceit and dishonor that plagued our home and family. My greatest fear and unfeigned plea to you is that the conclusion of this case not hinder or tarnish my professional growth as a business owner and youth leader, but more importantly, does not hinder my parental role and participation and involvement in Kayden's schooling as it has already done since the indictment. As a single parent, it is very important to me to be an integral part of Kayden's education and be there for him as I have been for his older siblings. This involvement has a unquestionable proven track record for the success of my children as I support and endorse what is being taught in school and reinforce the same in the home. With a tarnished record, I will not be approved through the security portal mandated by the conference and school board. As such, I am not now and will never be allowed to volunteer at Kayden's school or accompany him on any class/field trips.

I understand exactly where I went wrong and take full responsibility for my actions, lack of sound judgment and integrity and most importantly, my foul association with dangerous and estranged companions. Though my innate qualities are to love and nurture, I assure you and my entire family, that I will never lower my guard and allow anyone to ever get that close to me or my children again. In addition, I will remain positively purpose driven and steadfast in my family life while still embracing and blessing less fortunate members of the community. Honorable John D. Bates, to the extent of the law, I humbly beg your most endearing and favorable lenience and consideration as I purposely uphold my lifelong mantra instilled by my dad to "sew good seeds" and once again live and be recognized as a model citizen and member of society.


Respectfully,

    /s/

Dorene Browne-Louis