Latoya Browne
P.O. Box 8201
St. Thomas, VI 00801
L.Catherine.Browne@gmail.com
340.201.3376

April 16, 2018

Honorable John D. Bates
United States District Judge
333 Constitution Avenue, N.W.
Browne-Louis, DC 20001

Dear Judge Bates:

As I reflect on my rearing from birth up until this point of my life, I recognize that I have much to be thankful for. A mother, Bronte Imelda Browne, who – despite the financial and economic challenges faced as a divorcee and single parent, imparted upon her children the most valuable aphorism of our existence: A life of Service. A sister, Dorene Browne-Louis, who I would consider to be a pillar in my family's foundation. Despite her financial disposition or her state of well-being, she is a true humanitarian. From the time that I was old enough to comprehend, my sister and my mother have participated in food drives, cooked food and donated clothing to the homeless and less fortunate, and have adopted more individuals in our family than I could keep count of. Through their kindness, I have gained several "brothers, sisters, aunties, godparents" in theory than the normal person would expect to have in a lifetime. Just recently, the Virgin Islands was devastated by two Category Five Hurricanes: Irma and Maria. Although in my sister's current state of being she is unemployed, she took the little that she had, along with tokens of appreciation that she received from family members and friends to help with her finances to purchase food, batteries, fans, and toiletries to send home to the Virgin Islands. She was also instrumental in the Volunteer Efforts of her Church, Metro Seventh-Day Adventist, to organize the collection of food and other relief supplies for Antigua and Barbuda. If I'm not mistaken, the church was able to secure over 20 barrels, to be divided equally and shipped to the Virgin Islands and Antigua and Barbuda. Be it food, money, clothing, housing, a listening ear, a shoulder to cry on, my sister gives of herself and of her time, unconditionally.

Servant leadership, volunteerism, charitable giving, donation, etc.; matters not the term used to describe this selfless act of giving; for my family, it is always been ,about our ability to use whatever we have to bless others. The honorable Stacy Plaskett, Virgin Islands Delegate to Congress has also been among the recipients of my sister's acts of charitable giving. From free catering services, to transportation assistance, to cosmetology – Dorene has always been supportive of the Delegate's initiatives and/or endeavors. It is unfortunate that in her efforts to bless Mr. Juan McCullum and friend by providing free housing as they renovated their residence, she was caught in the crossfire between two individuals whom she respected and loved. There is an old adage that we say in the Caribbean: "The road to hell is paved with good intentions".

In August of 2016, my family suffered a severe blow when we were contacted and informed that my brother-in-law and Dorene's husband, Gregory Benson Louis, was shot and killed outside of his place of employment. I can only imagine her state of shock and disbelief; having just shared a few laughs during

a phone conversation with her husband moments before this unfortunate event – receiving a subsequent call informing her that her husband had been murdered. It is unfathomable, the type of impact that this kind of situation can have on the human psyche. While I am unaware of the sequence of events leading up to this situation involving the Delegate and Mr. McCullum, what I am aware of are the trials and tribulations that Dorene continues to face as a widow, and a single parent.

Both Benson and Dorene aided in the creation of one of the most precious gifts that they could ever give to this family, my little six (6) year old nephew, Kayden Louis. Both Benson and Dorene were model parents, not only to Kayden, but to their other children: Britney Charles and Adonte Yearwood, Gregory Benson Louis Jr. and Kalaria Louis. The loss of loved one certainly teaches you the value of family, and the importance of showing gratitude and appreciation before it's too late.

Despite the tragic sequence of events that have befallen my sister in the course of the last two years, her ability to remain steadfast, maintain a positive attitude, and continue to be an inspiration to others is a true testament to her faith. We all look up to Dorene, as she has always displayed a warrior spirit. No matter the circumstance, she has always remained strong for her family. We count on her to be our anchor so much that we sometimes forget that she, too – like all of us, is human. And so, your honor, I humbly ask for leniency as you determine an appropriate sentence for Dorene. Now more than ever, my nephew needs his mother.

With much respect and love for my sister and what she stands for,

Latoya Browne

April 8, 2018


Honorable John D. Bates                                    Bruce Browne
United States District Judge                               15970 Eagle Feather Dr
333 Constitution Avenue, N.W.                              Woodbridge, VA. 2191
Browne-Louis, D.C. 2001

Dear Judge Bates,

By way of brief introduction, my name is Bruce Browne and I am Ms. Dorene Browne-Louis's older brother, I am 53 years old and the first of two children born to Carlton Charlesworth Browne and Imelda Brontie Pemberton. My sister and I are seven years apart and have been extremely close since Dorene's birth. From her birth she was an absolute gift to our parents and our extremely close family unit.  It was a joy for me as a young boy having a baby sister, who I assisted in caring for and who added much joy to my world. When our parents divorced in 1978, each paid attention and displayed a keen interest in ensuring minimal disruption in the close ties each family member experienced (yet it naturally had its challenges). My parents ensured that Doreen and I were always protected in a closely guarded circle of  family and trusted friends.

     Both parents worked hard and stressed the importance of God, family, hard work, manners and respect. Even today, although divorced, our parents are still close and remain friends. Education was high on our parents' list of values, as they stressed the need for us to do our best to be of service to the world in which we lived. We were encouraged to better ourselves to be of example to our own children. Education, however, took a backseat to manners and respect. Our parents reminded us frequently that the latter is most important to navigate life's challenges. We knew from an early age that character was important. Those childhood lessons helped to shape the great character that Dorene has today.

     Your Honor, as you formulate your decision, I urge you to consider the following based on four decades of knowing Dorene. I can vouch unequivocally that my sister is:

1.  The epitome of motherhood, above all the extraordinary qualities and characteristics she embodies, it is my belief that none is more important than raising her three children and ensuring they are productive citizens fully prepared and capable of serving out their God given assignment.  As the current evidence (each of her children's progress) will show, she has done a fabulous job raising her children and continuing to place them as the number one priority in her life. She has often done this as a single parent. Besides formal education, Dorene has simultaneously instilled into her children the same values and priorities as we were thought by our parents, I've witnessed this first hand. The same values of respecting others as God our heavenly Father has instructed, and to be of service to others, placing emphasis on character building above earthly gains.

2. The consummate nurturer (a natural giver who goes above and beyond with her time, resources and efforts); one such evidence, and they are many, is the feeding of hundreds of homeless on the streets in St. Thomas, USVI, over several years. Every Saturday morning after working a full week at her full-time job, she prepared meals in her home, gathered with others at the meeting location (usually her church), then drove to each location where homeless individuals were known to be, and delivered not only hot meals, but a warm and loving smile that most-often included a hug and if welcomed a prayer. For Dorene, it was a privilege and her God ordained ministry to be of service within the community she lived. She never wavered, always made it her priority and moreover was the catalyst that grew the ministry within the church to something that many others joined, as it embodied a core principle my sister holds dear in her heart, which is to do "good for/to others". This ministry is still ongoing today, a testament to seeds planted deep in fertile soil.

3. A servant leader (she intimately understands that to serve is better and more fulfilling than being served); one such example, is when she took a young lady into her home who was going through a difficult period in her life. Her parents couldn't handle her and had already given up hope. Dorene took the young lady's situation as hers to resolve, helped her turn things around, and not only got her back on track, but also used the same young lady to serve as an advocate to help other youth deal with challenges they were having. This was all done while Dorene herself had three children (young adult/ teenager and toddler). Dorene looked beyond her immediate family/ circumstance/ routine life challenges and was of service to others. During this period, she had a full-time job, she had a family of her own to raise and care for, and yet she made the conscious decision to be of service. During this time, she was also heavily involved in being an advocate for battered women, serving as a volunteer to help others. On call (during night shifts) to physically go to victims and help alleviate their respective immediate safety challenges. Her husband (Benson Louis) served as a firefighter during this period. Together he and Dorene they would often be faced with juggling whose crisis on a particular night was more urgent.

4. A kind and loving human being, who I have witnessed Dorene on countless occasions going way above and beyond the call of duty (non-work related) with nothing tangible or implied to gain, merely to see people smile, simply out of genuine love for humanity and mankind. For example, my sister has always catered food to the job sites she worked at, no matter where it has been, what levels of positions she's held, or even if there was a reason to have food/ refreshments. She would wake up at 2-3am, bake 20 banana breads, take them to the office and give them all away. On another occasion she cooked a three or four course meal, prepare homemade drinks to accompany, pack it in the nicest presentation containers she owned, take it to the office, set up the area as if VIPs were visiting, and present it to the entire staff just to make others happy.

I respectfully submit, Judge Bates, that there is a compelling need for my sister to be afforded the opportunity to continue to care for her children without impediment. Particularly vulnerable is five-year-old Kayden Louis who desperately needs his mother, as she is now the only remaining parent in his young and precious life. As you're aware, Kayden lost his father in August of 2016 and Dorene lost her life partner, her business partner and moreover her best friend. Their planning which encompassed considerations for three, are now truncated to my sister and Kayden. As a close-knit family, we are there for them both and we enthusiastically do what is required, however Kayden still has very tough days, he still asks questions no adult can honestly answer, one of the most frequently asked is "who killed my dad and why did they do that?"

In summary Your Honor, I intreat you to look at the aggregate of my sister's life, consider the many wonderful things she has done to manifest true benevolence to the God she serves, to her family, to her fellow man and to the country she lives in and loves dearly. She has made enormous personal sacrifices, utilizing her personal finances on behalf of others. She is extraordinarily giving (I've seen co-workers and even a boss of hers, take clothes out of her closet attempting to borrow outfits, only to discover her immediately gifting the items, most often still with tags to them).

I bring one additional small but quite significant detail to your attention. The name Dorene was not a random name my parents picked for their girl child, rather it was the name of a woman name Dorene Jerz. Our mother worked for Dorene and Joseph Jerz in St. Croix as an accountant. Despite all the turmoil going on in her life right now, Dorene recently traveled to Florida to visit the Jerzs at their assisted living facility when they turned 90 and 95 years old. Joseph is ailing with many health issues including dementia, but Mrs. Jerz related to my mother Imelda, that she had done extremely well raising her children, and moreover how grateful she was that Dorene took time out of her busy life to fly to Florida and share a weekend with them.

This, Judge Bates, truly encapsulates the character, the heart, the soul of Dorene Browne-Louis. There is no doubt in my mind that my sister Dorene is still on an upward trajectory in terms of what she has to offer in this life, continuing to be of service to others, which is her lifelong passion and her ultimate calling. Besides her personal accomplishments (education, entrepreneurship 5x over, raising three wonderful children, enormous success in numerous private and civil service positions), what she wants to accomplish is see her three children succeed and for herself to continue adding bricks to the symbolic edifice God has admonished her to erect.

I intreat for leniency and kindly ask that you look at the cumulative sum accomplishments and contributions of my sister's life, carefully consider her contrite temperament for the cause before you. Thank you for taking the time to read my letter on behalf of my sister. I pray for God's continued blessing over you and your family.

Sincerely,


Bruce V. Browne

3

April 5, 2018

Honorable John D. Bates
United Sates District Judge
333 Constitution Avenue
Browne- Louis, D.C. 20001

Dear Judge Bates,

Dorene Browne- Louis has been an influential part of my life since I was two years of age. For as long as I have known her, she has always been gentle, caring and nurturing. She is more affectionately known to me as Auntie Dorene to me. Her spirit is kind and loving. She cares for everyone she comes into contact with. As one of the ladies in my life, she has been a role model to me.

While she lived in the Virgin Islands, she became a maternal figure to me. When my parents had to leave the island for an extended period of time, she was one of the persons who called to check on me and make sure I was always in the best spirit. Her house became a second home to me. She invited me over for lunches on Saturdays and during that time, we bonded. Our bond was so special that when she was expecting her last son, she told me that I was going to be a big sister and I would finally have a younger sibling.

In 2012 when I was first diagnosed with idiopathic scoliosis, she was one of the few persons who knew what was going on. When I had to have surgery due to my condition, she would call to check up on me and she would send hugs and kisses for me. As the years passed and I grew older, she always had and continues to have a good word of advice. Also, she would always remind me that she was praying for me. When I would be having a tough time in school, she would encourage me and say, "it will be over soon". Those words would always sooth my heart. Auntie Dorene is an angel in human form. She has been a God sent. Even though she lives in Maryland and I live in the Virgin Islands, she continues to think about me and I see her loving thoughts at times when I need it most. It's almost like she knows when I'm having a bad week or a tough time even if I don't say anything. She has mailed special gifts that warm my heart when I have needed it most. Her gifts may include garments, sweet fragrances, and even monetary contributions.

The relationship I have with her, makes my heart complete. She is the person I can call at any time--day or night. She is always there to lend a listening ear. I am getting ready to start college on the mainland in the fall. We have plans to spend weekends together so I am hopeful that these plans can come to fruition.

Sincerely,


Kenda Mason

**AVERRICIA D. WILLIAMS**
**P.O. Box 10889**
**St. Thomas, VI  00801**
**Email:** averricia@yahoo.com
**Cell: (340) 344-1359**

March 28, 2018

Honorable John D. Bates
United States District Judge
333 Constitution Avenue, N.W.
Browne-Louis, DC  20001

Dear Judge Bates:

I first met Ms. Dorene Browne-Louis approximately 20 years ago when we were both employed by the Legislature of the Virgin Islands.  She was stationed at the branch office on St. John; I was at the main legislative office on St. Thomas. Our relationship at the time was casual but amicable, based on mutual respect as co-workers.

It was more than a decade later when I truly got to know Ms. Browne-Louis.  The year was 2010 that she joined the Virgin Islands Economic Development Authority (VIEDA), where I was serving as Executive Administrator before being named Chief of Staff.  Ms. Browne-Louis came to fill a temporary position, but because of her diligence and impressive work ethics, she was retained by the agency as an Executive Assistant to the Chief Executive Officer.  She held that position for a few months before being transferred to serve as interim Liaison to the Board of Commissioners of the VIEDA.  She performed so well in that capacity that within a year she was promoted to Board Administrator.

Like other administrators at the VIEDA, I took keen notice of Ms. Browne-Louis' impeccable manners, knowledge, diligence, industriousness and other positive traits that are prized in an employee.  In short, I considered her "a breath of fresh air," so to speak, because she was always willing to assist, no matter the task. There

1

was never an assignment too difficult for her to undertake, and she was always among the first to offer a helping hand whenever and wherever necessary. Hence, this endeared her to administrators and the rank and file alike.

Because of our close working relationship, I got to know Ms. Brown-Louis, the individual, whom I have found to be of high moral character of which honesty and integrity are at the core. This must be credited to her parents, who brought up their children in a close-knit home environment where Christian values were espoused. Ms. Browne-Louis and her immediate family worshipped at the Shiloh Seventh Day Adventist Church on St. Thomas, where they were actively involved in church and community outreach activities. At Shiloh, Ms. Browne-Louis was a Sabbath School Teacher, Pathfinder Club Counselor, Women's Ministry Director, and Coordinator of the Street Beat Outreach Ministry.

I was touched when I learnt of Ms. Browne-Louis' work with the youth comprising the Street Beat Outreach Ministry, which reached out to the fast-growing population of homeless individuals in the United States Virgin Islands. Every Saturday morning Ms. Browne-Louis and the youths prepared and distributed hot breakfasts to the homeless in the downtown area of St. Thomas where this population seems most prevalent. Now that she resides in Laurel, Maryland, she has continued this endeavor by preparing and donating hot breakfasts every Thursday.

A true humanitarian, Ms. Browne-Louis gives from the heart, whether money, food, clothing, shelter or services. Family members, friends, co-workers, strangers... have all benefitted from her generosity. I can cite countless examples of her reaching out effortlessly. For a start, while at the VIEDA, she would surprise colleagues with some of her home-made gourmet dishes and pastries any day of the week. But the one example that demonstrates the depth of her caring was in the case of three young female siblings that had suffered abuse at the hands of a child predator. Ms. Browne-Louis immediately sought a safe environment for the girls; during that period, she provided whatever additional assistance was needed. It was not at all surprising to me, therefore, when a year or so later she mentioned that she was a part-time counselor at the Family Resource Center on St. Thomas, which provides assistance to abused persons, especially girls and women.

The more I have come to know Ms. Browne-Louis, the closer we have become. I find her to be a decent human being with a big heart. She is honest, trustworthy, loyal and respectful. Additionally, she is kind, loving, compassionate and caring. These qualities I saw in her while we were at the VIEDA where she would refer to me as her mentor. Today Ms. Browne-Louis is more like a daughter to me. Our relationship has blossomed over the past six years, especially after stepping down from my job to seek medical attention in New York City, where I currently reside on a part-time basis. Knowing how ill I was, Ms. Browne-Louis never faltered in providing me with the support that I needed to lift my spirit. This included almost daily contact, whether directly or indirectly. My husband, who has been my caregiver throughout my health challenges, has taken notice of Ms. Browne-Louis' attentiveness and often comments about it to family members and friends alike. Hence, this has brought our families very close.

Lastly, I want to emphasize my admiration for Ms. Browne-Louis that notwithstanding the recent challenges facing her, she has remained steadfast in her faith and in the level of commitment to her family, her church and her community. She is now at the helm of her family after the death of her husband almost two years ago. At the time, her youngest child was almost four years old. I can still recall the expression on the child's face while visiting the family a few days after his father's death. He kept asking for his daddy while questioning why his daddy was late in returning home from work. Following the funeral, the child would not let his mother out of his sight. All I could think of was that the little boy feared that if his mother were to leave the house, she, too, might disappear from his life; then he would be without both parents. Even now, it is too painful a scene to recall.

And, so, your honor, I respectfully ask you to grant leniency in sentencing Ms. Browne-Louis, if for nothing else, her five-year-old son needs his mother at this precarious stage in his development, especially since his father was taken away from him quite suddenly and without any comprehensible explanation. I ask this of you, because I am convinced, without fear of contradiction, that if mercy is granted to Ms. Browne-Louis, she will become a model citizen, one that this Court can be proud of. Presently she has sound support behind her, consisting of a cadre of people (to include family and friends, church elders and other religious leaders, legal and health-care professionals), all of whom want to see her succeed in life.

3

Her long-term plan is to open an assisted living facility to serve the elderly. Towards that end, she recently completed training as a Certified Nurse Assistant, which when coupled with a Master of Public Administration degree should give her the credentials to run a successful assisted living facility. Because of the growing need for qualified health care professionals, Ms. Browne-Louis plans to provide internships or hands-on training for interested area youths to help meet the growing demands for qualified healthcare professionals. She had hope to fund the facility with some of her own money until she lost her job and had to utilize a substantial amount of the money for every-day living expenses to support herself and her family. She then decided on a short-term or survival plan: namely to create a personalized cleaning and interior design business in the Maryland metropolitan area. This plan also calls for the training and hiring of area youths for two basic reasons: to provide staffing for the company and to teach area youths how to become successful entrepreneurs by identifying services that can benefit their immediate community.

Your honor, I again ask for your utmost consideration in sentencing Ms. Dorene Browne-Louis, who I believe has demonstrated that she is an asset to any community in which she resides, including her home community on St. Thomas, Virgin Islands, and now the community of Laurel, Maryland. I also make a special appeal for you to grant her leniency so that she can mother her five- year-old son, who is currently fatherless and has been without a father since the age of three. He needs his mother now during his formative years.

I thank you.

Respectfully,

Averricia D. Williams
Retired Chief of Staff
Virgin Islands Economic Development Authority

4

Glance Hewlett
34 Country Lane
Voorhees, NJ 08043

February 20, 2018

Honorable John D. Bates
United States District judge
333 Constitution Avenue, N.W.
Browne-Louie, D.C. 20001

Dear Judge Bates,

I trust that you are well.
The following is a letter I am constructing on behalf of Dorene Browne-Louis. Dorene is
someone very near and dear to my family.  I have known her since the day she was born, and
watched her grow and develop into a wonderful God-fearing woman who despite not being a
blood relative, is as close to me as my sister. Being a close family friend, my mother, a stay at
home mom, was Dorene's baby-sitter; this resulted in her spending weekdays after school at my
home.

Although Dorene's parents separated and divorced when she and her sibling were young, she and
her brother were blessed with caring, loving parents/role models who dedicated themselves to
making their children a priority. Family gatherings more often than not, include both parents who
have always  maintained  a united front in family decisions and discipline. A large extended
family added to the nurturing and loving atmosphere of strong values, mutual respect, and deep
christian faith in which Dorene grew up. We are a part of a wonderful "village." We treasure and
reminisce about our past gatherings and eagerly anticipate future get-togethers.

A good student, Dorene graduated high school and went on to college to further her education.
College was temporarily put on hold as Dorene started her family. I helped Dorene plan and
coordinate her wedding and witnessed her blossom into the role of wife and mother. A very
productive member of her community and church, Dorene, even as a young adult was
affectionately called Mom by members of her church's youth group. She was well known for
preparing and serving up large quantities of food for anyone in need of a hot meal. Her home
where she resided with her three children and her husband, the late Benson Louis, was a
sanctuary for troubled teens and others who simply wanted to share in the fellowship and fun to
be found in the environment she lovingly and selflessly made available; all while continuing to
pursue her college degree.

Dorene is a very hard worker whose scruples and ethics have been scoffed at by a few; however
she has always been steadfastly honest and refuses to compromise her values and morals. These
traits served her well as a business owner, an office manager, co-worker, youth spiritual leader,

Sabbath school teacher, praise team member/leader, wife, sister, aunt, cousin, friend, and the position nearest and dearest to her heart, mother.

It is impossible to believe that Dorene has or will ever knowingly commit any crime. She has always been a positive example to her children and those fortunate enough to meet her, of what decency, compassion, and valor truly is.

It is my heartfelt prayer that neither Dorene's yearning to be there for her children and family, nor her plans to combine her degree in public administration with the certification in health care that she is now pursuing in the hope of continuing her life of service, will be more negatively impacted or hindered by the situation for which this letter was warranted in the first place.

Respectfully and sincerely submitted,

Glenice Hewlett

April 1, 2018


Honorable John D. Bates
United States District Judge
3333 Constitution Avenue, N.W.
Browne-Louis, D.C. 20001

Dear Judge Bates:

I am writing this letter on behalf of Mrs. Dorene Browne-Louis, someone whom I have had the pleasure of knowing personally for the past 15 years. Our husbands knew each other as teenagers, and as adults, they worked and played music together. Many times Dorene opened her home for practice sessions, as well as family celebrations. Dorene is a fun loving person, and we attended several events at her home with family and friends, where she cooked and entertained guests; everyone was always welcomed to join.

During the time that I have known Dorene, I have found her to be a resourceful, even-tempered, and well-spirited person, who is kind and caring to others. One of Dorene's greatest attributes is her extreme compassion that she shows to her fellowman. She is always willing to assist whether or not she is asked, often times putting the needs of others before her own needs. Dorene is someone who is depended on by multiple persons for emotional and tangible support.

Dorene's unselfish and selfless character in assisting humanity extends far beyond persons that she knows. Her community oriented outlook leads her to claim the slogan "It takes a Village" in interacting with and helping others. She uses her personal resources to engage in cooking and feeding the homeless in our community on a weekly basis, with a church group. Various age groups have benefited from Dorene's contributions, as she is also involved in the Family Resource Center, where battered women and abused children take refuge. Many are the nights when she has left the comforts of her home to be with persons whom she refers to as her clients. Whether it was to take them to the hospital or just provide solace, she has been there as a trusted companion.

Despite her own personal hardships, Dorene continues to be a strong emotional support central to many. She provides encouragement and positive counsel to youth, who look up to her as a role model. Dorene is never too busy to cheer someone along, and is always thinking of some kind gesture to make someone else happy.

Page 2 – Dorene Browne-Louis
Judge John Bates
April 1, 2018

Dorene is truly a person of amazing strength, which she possesses through her faith and trust in God.  In the wake of the tragic loss of her husband, she has continued to have a positive outlook on life.  She admirably carries out her role as a single parent, and the sole provider for her family, financially and emotionally.  Dorene is cherished as a loving mother, daughter, and sister to her immediate family, and a trusted friend and support system to her extended family and friends.  She is undoubtedly a blessing and stabilizing force to those around her.

Notwithstanding ongoing challenges, she carries on with her plans to live a full life, and continues to lend a hand to her fellowman.  With such great optimism, zest for life, and record of success with ventures, the world surrounding Dorene is definitely a better place.  She lives a life of unselfish giving and determined purpose.  Nothing short of a trail of good will is hoped for her as she faces the future.

Respectfully Submitted,

Rolda Mason
P. O. Box 12035
St. Thomas, U.S.V.I. 00801

Cheryl George
P.O. Box 7248
Christiansted, VI 00823

April 2, 2018

Honorable John D. Bates
United States District Judge
333 Constitution Avenue, N. W.
Brown-Louis, D.C. 20001

Dear Judge Bates,

I am writing this letter to request leniency on behalf of Mrs. Dorene Browne-Louis who is due to be sentenced shortly before you. I have known Dorene personally for over 34 years, and she has proven herself to be a selfless, kind hearted, God fearing, and loving individual. Dorene has always been a law abiding citizen and had no prior incidents with the law. She grew up on St. Croix and lived on St. Thomas for many years before she relocated. She is the proud mother of three children and has acquired two college degrees while raising her children in order to provide a better life for them.

Her faith has been the pillar of her existence. She was raised in the Seventh Day Adventist Church and has devoted countless hours mentoring the youths she has encountered in church and in her community.

Dorene tragically lost her husband to senseless gun violence recently. He was an outstanding employee of the St. Thomas Fire Department. His abrupt departure has left a void in the family. Now, she is left to raise her children alone. In spite of the adversities and challenges she's faced, Dorene has been able to remain strong for her children.

Dorene is a good citizen with no prior incidents with the law. She made a decision that has changed her life. I know that she is sorry for any harm that has come to anyone in this situation and understands the repercussions of her actions or inactions.

I implore you Judge Bates to grant leniency in sentencing Mrs. Browne-Louis. Her children will be lost without her in their life. Please give her a chance to continue being a mother to her children and a productive member of the community she calls home.

Thank you in advance for your time and consideration.

Respectfully,

Cheryl George

Febuary 16, 2018

Honorable John D. Bates

United States District Judge

333 Constitution Avenue, N.W.

Browne- Louis, D.C. 20001


Dear Judge Bates,

I am aware of the situation that Ms. Browne-Louis is currently in. I first met her in shiloh S.D.A church, she was my sabbath school teacher, which not to long after that she became my mentor. Ms. Browne-Louis was an active member in the church, from women ministry, to pathfinders counselor, choir director and everything she was asked to be apart off, she was willing. Always placed others before herself.

Ms. Browne-Louis and the two other sabbath school teachers came up with a wonderful idea that helped our homeless community and also involved our youth. It made a difference in my life, i saw life a different way, she never left us out. We fed the homeless every sabbath morning, we gathered at the church with healthy breakfast for the homeless. We all looked forward to it, we got to know some wonderful people, heard all kind of stories. We prayed with them and encourage them and made them feel loved and appreciated.

Ms Browne-Louis is a hard worker, a welcoming person. Ms Browne-Louis was the first person i trusted with my deepest secrets, secrets i buried in me for many years, from that day she never left my side, supported me at my lowest moments, became my god mother sometimes i would find myself in some trouble and she was the first on the scene. She was never the type of person to support my wrong doing's, she was the first to drill me about it, asked what i was thinking long before she heard the pproblem. i got lectured over and over again about my bad decisions. she always told me to set a goal; i have my whole life ahead of me, i was smart and beautiful, but i always made my rude mouth get the best of me. I always said i know but sometimes it seemed like all the good advice went from one ear and came out the other.

Some of my bad decisions caught up to me, i got pregnant at the age of fifthteen and when 80% of the people i knew gave up on me , Ms Browne-Louis was there with me every step of the way, she was there when i first found out, i trusted her and felt more comfortable with her, ofcourse i knew a lecture would follow, but the main point is, i'd rather get it from her than any one else, she took care of me from zero weeks to forty, held my hand during labour had sleepless nights over me.

I stayed with her in her home for couple months after i had the baby, i felt loved,

welcomed , i felt at home. the whole family was kind helpful and they all greeted me with smiles. i was happy, we had fun and i got a different sense of how a happy loving family really is. Ma Browne-Louis helped me throw my drug problem told me that was not the answer to anything. i moved away to try better my life, she encouraged me over the phone, we prayed when i had low days and didnt know where my next bread waas coming from, she stepped right in and provided it.

In her free time she took care of her kids she took in, she always baked caked for us, we all went to her house for movie nights, game nights, we went camping, and kayaking. A person's true character is often revealed in times of crisis or temptation. And Ms. Browne-Louis stuck by me through all my crisis. She impressed me with her humility, her integrity,generosity and kindness. She inspires me each and everyday even when she had her own problems, she made time for me, always had the right things to say, knew when to say and how to say it.

Ms Browne-Louis is a loving, kind ,welcoming person, never a day have i regreted her walking into her life. I think Ms Browne-Louis would not commit this sort of offense again because, she was and is the person you ran to with your problems, she was like a shelter in the time of storm, she dont cause problems she help solved them.

Ms.Browne-Louis always talked about going back to school, which she did and graduated. i was proud and she remined me that you can do anything you put your mind too. She will and always be a positive addition in my life.

Sincerely,


Kayisha Bobb

4601 Quail Hollow apt 502

Baytown, TX, 77521

# DENNIS A. BROW

## P. O. Box 1821, Frederiksted,
## St. Croix, USVI 00841
## 340-277-7450(H) 340-773-1290 ext 2228
### Email: BROWDENNIS@YAHOO.COM

April 15, 2018

Honorable John D. Bates

United States District Judge

333 Constitution Avenue, N. W.

Browne-Louis, D.C. 20001

Dear Judge Bates;

It gives me great pleasure to write this character letter on behalf of Ms. Dorene Browne-Louis. I have known Dorene for the past 35-years, so I would say that I am in a position to provide accurate information on behalf of someone that I respect and appreciate very much.

Ms. Browne-Louis and I have served on the Vikings Youth Development board together, where she provided technical and consulting support while developing many great programs and other initiatives. She brought great structure and balance to an organization that targeted the most challenged and less fortunate youths on the Island. She was brilliant and she was loved by all, especially the youths that she served.

As her home room teacher in the 7th grade at the Arthur R. Richards Jr. High School in the Virgin Island, was when I first noticed that Dorene was going to be a special person while making great contributions to society. As the class leader she demonstrated true leadership skills and showed great potentials at a very young age.

As President of the Vikings Youth Development Club, I solicited Dorene to join our organization because we were at a stand-still and we needed someone with her energy to move us forward. Today, our organization is truly great and doing wonderful things because of the integral role she played in the development process. Her professionalism and great attitude, and her unconditional love for children, have been a huge benefit to the organization. Without a doubt having her on our team made us better.

I was also very fond of her work ethics and organizational skills. I considered her a blessing and a great asset to have in any organization. In my opinion, anyone who is as successful as she has been in her life, and has demonstrated such positive civic duties is a very worthy person.

As compassionate and caring as she is, I deem her to be one of the most responsible person that I know. I fully support her and wish her the very best in this unfortunate challenge presently in her life. Please feel free to contact me directly at 340-277-7450 if I can provide any more information.

Sincerely,

Dennis Brow,

REV. GEORGE BEDFORD
6231 SW 20th Street
Plantation, Fl. 33317

April 4, 2018

The Honorable John D. Bates
United States District Judge
333 Constitution Avenue, N.W.
Browne-Louis, D.C. 20001

Dear Judge Bates:

Thank you for the opportunity to write this letter on behalf of Dorene Browne-Louis whom we consider our special adopted daughter.

I've had the opportunity of knowing Dorene for the past 15 years, when she became our neighbor. It did not take long for my wife of 49 years and I to welcome her into our family as if she was our very our daughter. Her mannerism, her beautiful smile, her kind, loving and caring words were some of the qualities shown, that drew us so quickly to her. It helped us to see, the wonderful young lady that was our neighbor. Her introduction started with a high level of respect by referring to me as Uncle George, and my wife as Aunty Joyce. That same respect has continued not only by her but also her children, whom we love very much.

As a loving mother, she is devoted to caring for her children and even more so since the death of her husband. She loves her parents very much and even though they are not living with her, their time spend together shows special relationship. She also has a great relationship with her siblings.

Before relocating to DC, she attended the Shiloh SDA Church where she served and held many positions namely, assistant Director of Women's Ministries, Youth Sabbath School Teacher, Pathfinders Counselor, Hospitality Coordinator and Outreach Director. One of her greatest joy is working with young people showing them the values of life. Her home was always opened to others.

Dorene is well known and loved in the community. She gives so much of her time to help those that are less fortunate. One of her great desire in the community is feeding the homeless at her own expense. She doesn't have to know someone to reach out with open arms to welcome him/her or even an entire family, to make sure all is well.

She does not hesitate to volunteer where there is a need. She volunteered for years at a non-profit organization, to assist and give support to victims of domestic violence. Day or night whatever time you call on her she will be there. Being a wonderful person, and her great love for others she can easily be taken advantage of.

This incident, she regrets and wished it never happened. It has become so distressing that it places her into serious meditation and prayer because of the effect to family, friends and the community. Hardly a day passes that she does not reflect on the problem and what it has caused. I have counseled Dorene and do believe that she will not be in such a situation again.

Honorable Judge Bates, I pray that you would be merciful to her, taking into consideration her children who have lost their father to violence about 18 months ago. Her 5 years old son who is still asking for his father, her son that just entered into college as an honor student, who is still trying to deal with the death of his father, and the situation his mother is presently facing.

Honorable Judge Bates, I thank you so very much for taking the time to reflect on this letter. May the God of glory Bless you.

sincerely,

George Bedford

Rev. George Bedford

Janice S. Bryan Williams
PO Box 12255
St. Thomas USVI, 00801

April 2, 2018

Honorable John D. Bates
United States District Judge
333 Constitution Avenue, N.W.
Browne-Louis, D.C. 20001

Dear Judge Bates,

I have known Ms. Dorene Browne-Louis for a little over ten years. I first met Dorene at the school our sons were attending. Our relationship began upon the appointment of Dorene being voted as the President of the Home and School Association of the St. Thomas/St. John Seventh-day Adventist School. I was the Vice President of the Home and School Association.

Ms. Browne-Louis is a role model of strong positive character and was well respected among the Home and School Association Officers, School Staff and students for being a woman of uttermost respect. The Home and School Officers and school staff was quite enthusiastic for the bright opportunities Ms. Browne-Louis would bring to the School as President. Ms. Browne-Louis was known for her willingness to help in all areas where she was needed and her humbleness in respecting authority. She was also chosen as a Board Member of the St. Thomas/St. John Seventh-day School. Ms. Browne-Louis executed her duties respectfully and paid close attention to rules and guidelines in obedience to policy and authority.

Not only did Ms. Browne-Louis led out at the school but she opened her home during my tenure as The Home and School President to host Career Day to students that were interested in Culinary Arts. Ms. Browne-Louis took time from her job to host about ten students providing all the tools, food and even paid for customized aprons for the students. As she worked training the students in and preparing a three course meal for the school staff and Home and School Officers as well as presenters for the Career Day. This act brought uttermost respect for Ms. Browne-Louis from the faculty and staff and students in the giving of her time, home and finances to make this a learning experience for our students as well as a tangible impact for the faculty, staff and Career Day Presenters.

During the course of time, I have had the pleasure of developing a friendship with Dorene and her family and learned and experienced that Dorene and her family is a family of high values and morals that are proud Virgin Islanders, dedicated community workers and valiant contributors to the Virgin Islands Society in their entirety. This is the strong background that Dorene has been trained by her parents and trains her own children by. Dorene positive attitude and willingness to include people into her own home and family has led to my three sons calling her Auntie Dorene. She has helped in their upbringing and shaping them into positive black role models in our society. Her enthusiasm for excellence has been a motivator for my young men to set and strive for high goals. Displaying this standard is a high ideal in our society today, especially since too much of our young men are getting in a great deal of trouble. Dorene discipline of working with the youth is a commitment to learning and striving for making a lasting impact on the behavior our young people in the Virgin Islands Community now in the present and for the future.

I have had the most amazing opportunity to witness Dorene mentoring and being a valuable key in the transformation of many young people that she is involved with. Her home was a constant open outlet for these young people to come to seek positive advice, a home cook meal or an avenue of positive vibes. As evidence of Dorene invaluable involvement with our young people, I note with amazement young people learned to handle criticism and to grow from this criticism and adjust behaviors and ideas as necessary.

In sum, Dorene has been trained by Christian parents to uphold a positive, Christ-like behavior and attitudes. Dorene then has passed on these attributes to family, friends and other young people that are today serving as role models in our community. Dorene has helped my three sons as their continue their education as the University of the Virgin Islands, even as far as making financial contributions to their education to ensure that their educational goals are accomplished. Dorene is a positive role model, fast to help others and imparting Christian values and beliefs and most of all a trust worthy individual.

Sincerely,

Janice S. Bryan Williams

Paul Walwyn
P.O. Box 302644
St. Thomas USVI 00803

April 9, 2018

Honorable John D. Bates
United States District Judge
333 Constitution Avenue, N.W.
Browne-Louis, D.C. 20001

Dear Judge Bates:

I have been praying for Dorene and her family, realizing the tremendous burden these past years have been upon them. I type this letter on behalf of my friend and sister in Christ with amazement. I've seen some unfortunate circumstances in my lifetime, but this certainly shocked me. I found myself thinking of a Bible story of the woman with an issue of blood for twelve (12) years. Her sickness caused her much pain and shame. She did all she could with what she had. Her hope must have wavered when she visited every doctor and received no good reports.

I've known Dorene for about eighteen years. Her steadfastness and loyalty first to her immediate family was notable visible, especially more so now with her young son. Her father, Charlie Browne spoke proudly of her as we spent time in prison ministry volunteer work. Her dedication to the youth of her church speaks of kindness and love for the youth and their future. Church was her love as she was a mentor to the youth. Her gentle spirit was always admirable yet firm in principles of her faith. Dorene has big goals for the future. She recently started a business in interior design, something that she absolutely loves. Dorene would spend much of her time when at home enhancing or redecorating a room, beautifying her lovely garden or improving somewhere else. I know Dorene to be sweet, kind, and hardworking. Her quick and ready smile is evident of her kind heart. Her new task is ensuring her baby boy gets the best future she can afford as a single mom.

Your Honor, as you consider this matter, I prayerfully ask that you take into account Dorene's positive contributions to the youth of our community, her love for her family, and her goals and plans for their future.

Sincerely,

*Paul Walwyn*

Paul Walwyn

April 11, 2018

Honorable John D. Bates
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Your Honor,

I am writing this letter regarding my friend Dorene Browne-Louis, asking for leniency on her behalf. I have known Dorene for over 10 years, through us attending the same church and our children attending the same schools. Her children refer to me as "Aunty". During this time, I have always known Dorene to carry herself in a very respectful and cordial manner. She is a very caring and loving individual who goes above and beyond to help others, never looking for anything in return. I have never seen her display any acts of inappropriate or immoral behavior of any kind and this same characteristics is displayed in her children as well. They have always been very respectful, because that is what their mom, Dorene has instilled in them.

Dorene has been a very active member of her church in which she has held many leadership positions. The one that sticks out in my mind mostly, is that of Youth Leader. The relationship she has had with the youths and young adults of her church has been admirable. She has not only been a mentor to them, but also a friend. She encourages young people to do their best no matter how many times they fail. She encourages them to always strive for excellence. Her home was always opened to the youths and young adults and giving of her time, talents, and resources was second nature. I always admired her for her tireless efforts in cooking, baking, and rallying up many youths on Saturday Mornings at 6:00 am to go out in the community to give out hot meals to the homeless.   That was something that they looked forward to because it gave them a sense of pride, knowing that they made a difference in someone else's life.

Dorene has made a terrible mistake, of which she has taken full responsibility for by pleading guilty. I believe that she is indeed remorseful for her actions because she has seen the hurt it has cause to those involved, her family, loved ones, and to the young people whom she has touched. I believe that Dorene has learned a great lesson and that this offense will not be repeated.

I truly believe that Dorene's actions warrants punishment but not punishment of incarceration. Dorene's selflessness and caring spirit would benefit the community and for that reason, I am recommending that she be sentence to community service. By doing this, it would allow her to give back to the community and show that she is truly a caring person who is sorry and wants to make

up for the wrong she has done.  Also, it will be a testimony to all those youths that she has touched; showing them that when a person has done wrong, he/she needs to take responsibility for his/her actions and in turn make things right once again.  It will also give her the opportunity to go out and let them know that there are indeed consequences to wrongful behaviors.

Your Honor, again I plead with you, to give my friend a second chance.  I sincerely thank you for your time and the opportunity to write on behalf of my friend Dorene.

Sincerely,

Raquel Francis-Callwood
Friend

April 12, 2018

Honorable Judge Bates
United States District Judge
333 Constitution Avenue, N.W.
Browne-Louis, D.C. 20001

Dear Judge Bates:

I have worked for the VI Economic Development Authority for the past 13 years and have known Dorene Browne-Louis since her employment here and after. I know her to be a person who is hard working-committing time to what she believes in. She is dedicated to excellence and is very passionate in achieving her goals. Dorene has always been well-regarded amongst the entire staff and has always been thought of a person with high integrity.

I always look at Dorene as a role model for my daughters as the way she carry herself and the advice she would share with people which inspires me. Dorene is of good character.

I respectfully request that you take this letter attesting to the person I truly know, Mrs. Dorene Brown-Louis is given a second chance.

Thank for your consideration your honor.

Sincerely,

Raheem Smith

Glendon G. Cross
P.O. Box 306626
Charlotte Amalie,
St. Thomas, VI 00803

April 4, 2018

Honorable John D. Bates
United States District Judge
333 Constitution Avenue, N.W.
Browne-Louis, D.C. 20001

Dear Judge Bates,

For a period of least fifteen years I have known Mrs. Dorene Browne-Louis. Because I have known both her father and mother separately for about thirty and twenty years respectively, it is quite likely that I was acquainted with her prior to coming to know her personally.

I find Dorene to be an interesting and unique combination of her parents.

She is at times as extroverted and gregarious as her father and at other times as quiet and reserved as her mother. In either mode of her personality she is always keenly observant of and deeply sensitive to those in need. From them both she seems to have inherited, and to have nurtured a very kind, caring and generous spirit. Her many "adopted" children and the many who have eaten at her table and from her hands bear ample testimony that she genuinely possess these admirable qualities.

A number of young people I know are indebted to her mentorship for the caring, community-minded persons, who are sensitive and responsive to the needs of the less fortunate, which they have become.  Through her involvement as a Sabbath School teacher for their age group she imparted to them practical godliness along with book learning. Dorene was instrumental in initiating an outreach initiative to take a meal on Saturday mornings to indigent persons on the streets of St. Thomas. This initiative continues to the current time.

I also consider Dorene to be a woman of deep faith.  She exhibits a strong desire to know and do the will of God. This has, in the years that I have known her, been evident in her own deportment and conduct but also in how she has sought to raise her children. For Dorene, respect for one's self and others, as well as dignity in being and deportment are prized qualities of character she sought to inculcate in her children. However, above and beyond them both she wanted (and still wants) them to have love and reverence for God.

Although God calls upon those who love and reverence Him to genuinely and unconditionally love everyone, because of her cited qualities, it makes respecting and loving Dorene easy and delightful. Despite the matter which brought her into your courtroom I have only the highest regard for her integrity and sincerity and pray for her the very brightest future.


Sincerely,

Glendon G. Cross
Pastor
Philadelphia Seventh-day Adventist Church
St. Thomas, Virgin Islands
(340)201-1849

**Pastor Ammaran Williams**
P.O Box 7772
Christiansted, VI  00823
340.473.9319
aaawilliams@att.net

April 9, 2018

Attn.:  Honorable John D. Bates
United States District Judge
333 Constitution Avenue, NW
Browne-Louis, D.C. 20001

Dear Judge Bates:

It is my privilege to address you at the request of Mrs. Dorene Browne-Louis, concerning the matter in which she entered a guilty plea to two misdemeanor offenses.  My acquaintance with Mrs. Browne-Louis has been in my capacity as her Pastor for approximately six years, from 2005 to 2011, as well as through the association of our mutual families which has continued to the present.

During my tenure as pastor of the Shiloh Seventh-day Adventist Church, on St. Thomas, US Virgin Islands, Dorene was an involved and hospitable member of the congregation who used her vocal gifts to inspire attendees at community events.  She mentored and counseled scores of young people through the church's organized youth ministry, which also benefitted her own children.  Through Dorene's dedication and selflessness, the young people developed a ministry of feeding the homeless and less fortunate on Sabbath (Saturday) morning before attending church services.  On a number of occasions, I was invited to join them and was impressed at how she sought opportunities to teach the young people about compassion and valuing community spirit.

As we remained in contact over the years and she shared the highs and lows of parenting, I noted that she sought to model good citizenship values to her children.  This has been a very painful experience for both Mrs. Dorene Browne-Louis and her family.  In my conversations with her, she is determined to use the lessons learned to forge a new path for decisions and actions in the future.

Dorene is very committed to her family and is the main support for them, especially since the untimely passing of her husband.  It is my hope that they will be able to have the opportunity to not only experience healing but even greater bonding as they embrace their future together.

Thank you for the opportunity to share my impressions of Mrs. Dorene Browne-Louis for your judicial consideration.

Yours respectfully,

Ammaran F. Williams (Pastor)

*Silton N. Browne*

4025 Mary's Fancy, Christiansted, VI 00820
snbrowne2@yahoo.com
(340) 513-0660

March 25, 2018

Honorable John D. Bates
United States District Judge
333 Constitution Avenue, N.W.
Browne-Louis, D.C.20001

Dear Honorable Judge Bates:

It is a sobering honour to have the opportunity to write on behalf of Mrs. Dorene Browne-Louis whom I have known for more than twenty years. Specifically, I served as her pastor from 1997 to 2005 on the island of St. Thomas in the United States Virgin Islands. In fact, I had the opportunity to do premarital counselling and eventually married her in 2003.

Dorene has been a responsible, intelligent, honest and respectful member of our congregation at Shiloh Seventh-day Adventist Church. She was an active member who volunteered as a youth leader/mentor. She was a responsible mother to her children and had a positive spirit of cooperation. The impact of her life and influence prior to her recent entanglement with the law has only been positive. Although I have been surprised by the current charges against her and cannot give an explanation on the issue, I am convinced that the direction of her life is one of positive growth and that she will not repeat this mistake again. It is my understanding that Dorene completed a Master of Arts in Business Administration in 2016 and recently was certified as a Nursing Assistant in an effort to continue her personal growth and continuing her service to the community. As the mother of a five-year-old, and whose husband was brutally murdered in August 2016, she would need to be in direct contact with her child at this critical time of his life.

I hereby appeal to you, Honorable Judge Bates, to the extent allowed by the law to extend mercy and compassion to Dorene Browne-Louis.

Yours respectfully,

Silton Browne, M.A., CFLE
Pastor (Retired as of October 1, 2017)
Copied to: Dorene Browne-Louis

March 24th 2018

Honorable John D. Bates
United States District Judge
333 Constitution Avenue, NW
Browne-Louis, D.C. 20001

Dear Judge Bates,

This letter is to express my support of Ms. Dorene Browne-Louis as one of my closest friend and someone I look up to as a Mom, sister, friend, and a professional individual.

I am very blessed to know Dorene since 2007, when I started working as Medical Assistant at an OBGyn clinic when Dorene is the Office Manager. I was going through the toughest time of my life then, I was getting a divorce from my abusive husband. Dorene took me in her home when I don't have any place to stay, her family treated me like I was their own. I witnessed how an amazing Mom she is to Britney and Adonte and later with Kayden. She is also a great member of the Seventh Day Adventist Church in St. Thomas as well as the Seventh Day Adventist School where her kids went. She included me in church and school events and I gained many friends through her. They all love her, the same way that I love and respect her. She is loved by Britney and Adonte's schoolmates, as they all call her Auntie. She is loved by men and women of all ages at church, at school, at our work, and at Benson's (her late husband) work place. She is an amazing cook and a one of a kind host. She hosted many gatherings at her house and at church and she tagged me along with her. Some events, she even gave me small jobs to help me out as I just started living on my own then. I couldn't say I love her so much that I will trade places with her right now, because I don't think I can handle what she's been through, with the death of Benson, her beloved husband for more than 20 years and now this case. I don't know the whole story about this case, but when I first heard about it, what came to my mind is that she probably gave her opinion to the wrong person. Dorene is smart, kind and very humble. I can't imagine her doing anything close to this to anybody.

I have known her children since they were little, and I always tell Dorene that I hope when I become a Mom, I will be just like her. Her kids, Britney and Adonte are very well-mannered children. They are God fearing, kind, humble, respectful, and smart. Dorene's family are the kindest family I met in St. Thomas. Her Dad, Mom, sister and brother are all God loving and sweet people.

At work, Dorene took me in and thought me everything when I started as a Medical Assistant. As I progress in my career, she was there to support me and give me advice. Everybody at our office and pretty much the whole building where we work knows her and are friends with her. She's always helping somebody, either helping patients outside of her scope of work or helping the office next door decorating their Christmas tree.

When she left St. Thomas to pursue a career in Virginia and DC, I felt like loosing a family. But I know her, I know that she's doing it for her kids and her family. I supported her they way she always supported me. Aside from taking on a big job, she also pursues higher education while taking care of her family. She

perseveres inspite of all the challenges she faced while working, in school and taking care of her kids, while Benson continued working in St. Thomas. In everything Dorene does, she always makes sure that her family is first but she also works hard to achieve the goals she set for herself, like finishing her degree.

With this case, I hope that you see the kind of person Dorene is. She went through so much but have always been there for her family and for a lot of people. Hurting anybody is not her nature and I have never seen or knew of any circumstances that she hurt people by words or by actions. Inspite of the tragic death of her husband, all I heard from her is her faith in God. During Benson's funeral, the whole church is full of people that supports her and her family.

Lastly, I hope and pray that this case, doesn't take Dorene away from her family specially to little Kayden, her youngest son with Benson, and from her family and friends like me. She is an inspiration to a lot of us and up to now, have provided her selfless support through her kind words and also showing us how to handle such difficult situation with kindness, honesty and faithfulness.

Thank you.

Sincerely,

Joanna Garcia-Payne
Tel: 3402279862
E: joanna@vipmcllc.com

Honorable John D. Bates
United States District Judge
333 Constitution Ave, N.W.
Browne-Louis, D.C. 20001

Dear Judge Bates,

I, Gary Lucombe DDS, am writing this letter to serve as a character reference for Mrs Dorene Brown-Louis whom I've been pleased to know very well for the last two years.

I met Mrs Brown-Louis a couple months before she tragically lost her husband. She became a patient at my office and we continued to interact at the church we attended. Mrs Brown-Louis is a God-fearing woman who sees her Christian duty to love even as Christ has loved us. Her inherent attitude is to help immensely when needed and I think sometimes trust too much. While admirable qualities, my personal opinion is that is what probably led to her being in the quandary she found herself in legally.

Mrs Brown-Louis is still very active in church, dare I say, more active due to this experience. She is still involved with the outreach program where she helps coordinate feeding the homeless weekly. She counsels teenagers about the dangers of choices they make and the unintended consequences that can occur but that we should still be faithful.

In my own personal life, Mrs Brown-Louis has been a rock for me to lean on when at my deepest and loneliest moments. She has prayed with me in person and telephonically, has helped provide some stability in my life when the person I thought I could count on turned their back on me. Seeing what this case has done to her physically and emotionally, pales in comparison to what I continue to go through, but through it all, she has maintained her spirituality which in turn has caused my level of spirituality and Christianity to be increased.

She continues to keep her family together and edify her children to the extent one is now interested in law enforcement. Her friends continue to believe in her which is testimony of the character she possesses. My belief in her is so strong that I have accepted a role as business partner in future endeavors once this case is concluded. I have been around her and seen the struggle since losing her job take care of her family and the ideas she has moving forward, I would be an investor.

While I am aware of most of the specifics of this case, I can assure you that she would NOT find herself in such a situation again and unfortunately, someone in need may not get the help from her again for fear of being used again. Good people who try to help others should not suffer. Being ignorant of technology and it's use while trusting others should not be a crime.

In closing, I implore you when considering your sentence, the future. Not

only her future, but that of her 5 year old son. She is the only parent he has left. She is raising a fine young lad and need to continue raising him so as to not become another statistic in our community. In her future, I see great things that this one blemish should not negate.

Thank you for reading my letter and taking it into consideration when sentencing her to probation. I pray that you see in Mrs Browne-Louis what so many of us who call her friend sees, know and love. She will continue to be an asset to our community. Sincerely,

Gary P. Lucombe, D.D.S

Carol V. Chapman
P. Box 502155
St. Thomas, VI  00805-2155

April 5, 2018

The Honorable John D. Bates
United States District Judge
333 Constitution Avenue, N.W.
Browne-Louis, DC  20001

Dear Judge Bates:

I am honored to write this letter on behalf of my friend and former colleague, Dorene Browne Louis.

It was in May 2012 when Dorene and I first became acquainted through our employment at the Virgin Islands Economic Development Authority.  She has always been an inspiration to and regarded highly by many to include myself.  Of the things that stand out most is her strong dedication to her family.  She, as a wife, mother-- especially to a then toddler, and one who held a full-time job, decided to pursue her educational goals and went back to college and earned not only a Bachelor's degree but also her Masters.  She did this to be an example to her children that they too could recognize the importance of having a formal education and making their mark in society.

Dorene was a hard worker and I always wondered how she was able to accomplish her dreams while at the same time finding time to volunteer every Saturday to prepare and distribute meals and supplies to the homeless.  She also served as a volunteer counselor at the Family Resource Center (a facility which shelters victims of domestic violence and sexual assault).  She also took several young persons from her church who were headed down the wrong path into her home and cared for them as her own while also being very active in her local church.  Amid all of this, Dorene often found time to prepare baked goods and her special meals and shared with everyone in the office, seeking nothing in return.  Aside from all of the things Dorene did she was always willing to assist anyone, especially young people, who was going thru a difficult time.  She is remarkably generous not only with her time but also her resources.  She always had a good word of advice and I can recall her saying to me on several occasions how she subscribes to the mantra of her father who instilled in his children to "sow good seeds."

In summary, based on what I personally know, I proudly endorse Dorene Browne Louis as a woman of high moral character who has made a big mistake.  Over the years she has been an asset to her community and one who has helped to fashion the course for many encouraging them to lead productive and fruitful lives.  I have personally witnessed young persons who returned to the Virgin Islands and came to the office in search of Dorene; often with their spouses and children to cry on her shoulder and thank her for being there during low times in their lives.

Thank you for your time and attention and for any courtesies that may be extended to Mrs. Browne Louis whom I know has learned a tremendous lesson from this unfortunate situation.

Sincerely,

*Carol V. Chapman*

Carol V. Chapman



# SHIRLEY LAKE-KING

PO Box 502911, St. Thomas VI  00805 |340-998-9590| slakeking@hotmail.com

March 31, 2018

The Honorable John D. Bates
United States District Judge
333 Constitution Avenue, N.W.
Browne-Louis, D.C.  20001

Dear Judge Bates:

It gives me great pleasure to introduce to you my friend and sister in Christ, Dorene Browne-Louis. I met Dorene fifteen years ago right after my Mom's passing when she greeted me after church to express her condolences.  She was so warm and I immediately saw the genuine care in her expressions and offers of sympathy.  We hit it off right then and there and have been good friends ever since!

Dorene and I worked side by side in our church's youth ministries over the years leading and singing in the church and community as well as planning and executing activities for and with the young people.  Whether it was cooking and baking for a food sale or making sure the young people raised enough funds to achieve their fundraising goals, Dorene would give it her all, financially and morally. Her love for young people is so genuine that Dorene would take some of the young people who were having challenges at home or school into her home.  She has been to school to advocate for them and has even gone to the doctor and hospital with them.

I remember fondly at her husband's funeral, about ten young people gathered around Dorene to express their condolences.  She seized that opportunity to encourage and admonish them to not forget their Christian upbringing and remain true to the Christian beliefs they were taught.  I was so personally moved beyond words, I took out my cell phone and taped the remaining nine minutes of her speech to them.  Not only did she address them collectively, but she also took the time to address each of them individually and made them promise her that they would make her proud. She reminded them her husband also made sacrifices to see them succeed in life and they shouldn't let that be in vain. Everyone in the room was so moved that hers were the only dry eyes in the



room. Even in her grief, Dorene shared what she could to make a difference in the lives of those she cared for.

Dorene's friends consider her magnanimous because she is always seeking out ways to serve her community and thus started a ministry of feeding the homeless on weekends with the young people of the church.    Every weekend Dorene could be seen preparing food for the homeless in the community and going out in the wee hours of the morning to distribute the food to them.  The young people continued the ministry after Dorene relocated to DC and she joins them whenever she has an opportunity to visit St. Thomas.   She also volunteered to support and counsel victims of domestic violence for a local non-profit agency.  This meant having to visit the hospital at any hour, day or night, when they appeared there and also supporting them in court proceedings.  She did all of this because of her genuine love for the people of her community.

Not only is Dorene beautiful on the outside, but she's even more beautiful on the inside.  Through her infectious smile and endearing spirit, people are easily drawn to her and she in turn never hesitates to respond generously.  This genuine love for others makes her vulnerable as some have exploited her generosity.  This, however, has not deterred her from doing what comes naturally to her, loving everyone.  It is this love that I am of the opinion led her to lower her guard and trust individuals with ulterior motives and which has brought us to this unfortunate case.  Dorene has, needless to say, suffered throughout this ordeal and learned some valuable lessons.  However, my friend and sister is no longer in her comfort zone and has taken on a very guarded posture which has reduced the luster she once had.  I pray the outcome of this case doesn't cause her to lessen her love for her fellow men.

I pray, Honorable Judge Bates, that you would be as magnanimous as my friend and sister, Dorene, and find it in your heart to grant her the lightest sentence possible.

Sincerely,

Shirley Lake-King

2

Samuel A. Walker, Esq.
11955 Carnegie Place
West Palm Beach, FL 33412

March 30, 2018

The Honorable John D. Bates
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: U.S. v. Browne-Louis

Dear Judge Bates:

I am writing this letter in support of Dorene Browne-Louis, the defendant in the above referenced matter.

I have known Dorene for approximately 14 years. She was introduced to me by her late husband, who had been a friend of mine since childhood. Over the years, I have had several opportunities to interact with, and observe, Dorene. I have visited her home, I have had meals with her, I have socialized with her, and I have had many conversations with her on various topics. Based on my observations, she is a thoughtful, generous, and kind person. I have never seen her do, nor heard her say, anything unkind. Through her work in her church and community, Dorene has given generously of her time and resources to help make her corner of the world better.

But for me the most commendable and revealing thing about Dorene is the quality of the children she has raised, and is still raising. The Bible says "by their fruits you shall know them." Whether you believe that the Bible is the word of God or not, I'm sure you'd agree with that statement. Based on my observations of Dorene's children, she is not only an outstanding mother, she is an outstanding person. I hope you will have an opportunity to observe her children for yourself. Since Dorene is a recent widow, the sentence you impose may have a grave impact on the children Dorene has been conscientiously and carefully raising.

I am somewhat familiar with the charge to which Dorene has plead guilty. Even if she did commit the crime, that would not warrant destroying the life of an otherwise very productive member of society, and the lives of her children. In sentencing Dorene, I would urge you to search carefully for that thin line between punishment, and destruction.

Sincerely,

Samuel A. Walker, Esq.

Julie S. Todman
P.O. Box 11011
St. Thomas, V.I. 00801

March 22, 2018

Honorable John D. Bates
United States District Judge
333 Constitution Avenue, N.W.
Browne-Louis, D.C. 20001

Dear Judge Bates,

Thank you for taking the time to consider my letter.

My family and I have known Mrs. Dorene Browne-Louis for over fourteen years. I first met Mrs. Louis through our mutual church, Shiloh Seventh Day Adventist Church in St. Thomas, Virgin Islands. Mrs. Louis had two (2) young children at the time and I was raising my three sons who were in the same age range as her children. Mrs. Louis sang in the church choir, was a member of the Praise Team, and was a counselor with the Pathfinder Club. What initially struck me about Mrs. Louis was her humbleness and her genuine love for the young people (teenagers) who were under her care. My eldest son was in her class in the Pathfinder Club and was a young musician who occasionally accompanied the Praise Team. Over the years, all three of my boys were members in her Pathfinder class. Mrs. Louis was someone whom the young people respected and could talk to. She opened her home to her charges for movie nights and Sabbath afternoon socials. She made them feel welcomed and comfortable, taught them life skills and most importantly guided them with love, patience and laughter. Both our families participated in many of the same activities together. My children genuinely cared for and loved Mrs. Louis. My eldest son would say how much he really liked Mrs. Louis. To this day, my children have fond memories of Mrs. Louis and their time in her class. To be honest, they don't like everyone and will say so. Teenagers can be moody, hostile and abrasive and they know when adults are insincere. Mrs. Louis was able to break down those barriers and earn the trust of the teenagers. She treated them with respect and in return earned their respect.

This letter is extremely difficult to write and brings tears to my eyes because the person I have come to know over the years has strong moral and Christian values and has imparted those to her children, the church community and those who interact with her. I trusted her with my three sons. When my youngest son was accepted to the Naval Academy Summer Session (NASS) in 2016 and needed to stay with someone in the Maryland area prior to starting the summer program, she was the first person I contacted because I knew he would be safe and that she would treat him like one of her children. I have found her to be a trustworthy person.

Her life, associations and mannerisms have always been above reproach. Mrs. Louis always had a smile and a kind encouraging word. She is not one to preach to you, but set the example for you to follow by her actions. She is gentle but firm.

Mrs. Louis is also an entrepreneur. In addition to her full time job she owned and operated a clothing boutique. She is hard working and extremely talented. She sets high standards for herself, her children, and her work. She has been and continues to be an asset to her community, the church, the children and her family.

I know that she is extremely remorseful for her actions. I am asking that the Court take this letter into consideration when sentencing Mrs. Louis.

Sincerely,

Julie S. Todman

P. O. Box 302231
St. Thomas, VI  00803-2231
March 19, 2018


Honorable John D. Bates

United States District Judge

333 Constitution Avenue, N.W.

Washington, DC    20001


Dear Judge Bates,

I got to know both Delegate Stacey Plaskett and Ms. Dorene Browne-Louis during my service as a member of the Board of Directors of the Virgin Islands Economic Development Authority (EDA).  Ms. Plaskett was Legal Counsel to the Board and Ms. Browne-Louis was first Liaison to the Board and later Board Administrator.   At that time, they both seemed to be good friends and worked well together.  I was not at all surprised when Ms. Browne-Louis relocated to work in the Washington office of Ms. Plaskett when she was elected to be our Delegate to Congress. While I do not have very frequent conversations or exchanges with either of them, I consider both of them to be friends that I have a lot of respect for.  I have not followed the details of the very unfortunate situation that developed between them very closely at all and have no opinion on guilt or innocence but rather write this letter, objectively, to provide you with my knowledge and impression of Ms. Browne-Louis with hopes that you might find it helpful in sentencing her.

Ms. Browne-Louis worked with the EDA Board from May 16, 2011 to November 21, 2014 and I was on the Board during that entire period.  As the Board Liaison, she and I communicated very frequently and I got to know her.  Very often she would be faced with deadlines, many demands from Board members, EDA staff and the public.  I never saw Ms. Browne-Louis get angry or frustrated.  Her work never failed to be timely and thorough and her attitude was always pleasant.  Ms. Browne-Louis maintained her professionalism, calm and humor and helped to keep the unavoidable stress to manageable levels. She got along well with all members of the Board.

As time went on, I got to know Ms. Browne-Louis better.  We never had extensive social interaction but I learned more of who she was probably because of her last child, who was born while I was on the Board and it was a happy time for her family.  I met her husband, Benson, and he was contracted to install countertops at my house.  I learned that she and her family, like me and mine, were of strong faith and that they were very active Seventh Day Adventists.  She meticulously kept a garden the likes of which I aspired to have the discipline and skill to develop and maintain one day.  I met her mother and felt immediately the strong emotional connection and love that they held for each other.  I saw her infant son progress to being a toddler and was impressed by how the entire family nurtured and cared for him.  I gained respect for her teenage son who excelled academically and otherwise and I attributed

a large part of that to the solid and balanced home environment that Ms. Browne-Louis and her husband provided for him. I was hurt deeply when Benson was murdered but was reassured that the family would do well when I saw Dorene at the funeral exuding the faith, strength and confidence that I felt would meet any and all challenges.

I was and continue to be surprised and perplexed about the developments. I have learned though in my life to try and not judge. My experiences with Ms. Browne-Louis have been all positive. She provided excellent staff support for the EDA Board and I know that her life away from work has been exemplary. It has been a pleasure and inspiration for me to know her.

Ms. Browne-Louis is now in a situation that I am sure that she will learn and rise from if given the opportunity. I have spoken to her about her plans for the future and have no doubt that she will devote herself steadfastly to raising her now promising 5-year old to be a productive citizen as she has done with her other children and as her late husband would have wanted. Her mother and father are now in need of care and she wants to be there to provide for their needs. I know she intends to remain deeply involved with the mission and outreach activities of her church while utilizing her recent experiences to strengthen her ministry to all she comes in contact with.

Since leaving the EDA, Ms. Browne-Louis has completed a Master's in Public Administration and very recently she completed clinicals allowing her to renew her license as a Certified Nursing Assistant. My understanding is that her goal is to work towards providing a much-needed community service by opening and operating an assisted living facility. With her formal credentials, her past experience in providing health care and managing other health providers and her determination, I have no doubt that Ms. Browne-Louis will accomplish her goal.

I take submittal of this note on behalf of Ms. Browne-Louis very seriously. I strongly hope that in considering what is appropriate for her that you know that she has had a life that has been purposeful and productive. Further, she has plans for the future that include not only her own development and contributions but direct enrichment of the lives of those around her including her children, parents and those with health challenges in our communities. I am confident that she is capable of and committed to achieving these plans.

I would be glad to provide further information and answer any questions you might have in order for you to learn more about Ms. Dorene Browne-Louis before the sentencing hearing.

Sincerely,

Henry H. Smith, PhD, JD



## Metropolitan Seventh-day Adventist Church

6307 Riggs Road, Hyattsville, MD 20783
301-853-2224
www.metrosda.org

*pray • love • serve*

Honorable John D. Bates
United States District Judge
333 Constitution Avenue, N.W.
20001
%
Dani Jahn
Office of the Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
D.C. 20004

February 26th, 2018

To the Honorable Judge Bates:

I write this letter in reference to Ms. Dorene Browne-Louis. My first attempt at crafting this letter, detailed the first day I saw Ms. Louis, as she and her daughter passionately sang a song at our church in Maryland. I wanted to present to you from my point of view the dedicated and involved person that Ms. Louis is in her local church and community. But, after several days of contemplation, I've decided to begin my letter to you again.

Judge Bates, I am not like most of Ms. Louis's friends, who have known her for decades. But, I, however have known her for just over a year. You see, I officially became acquainted with her in August of 2016 when I received a text message from another congregant, stating that Ms. Louis had lost her husband in a tragic, senseless and untimely death in the Virgin Islands while on duty as a firefighter. At the time, I had only seen Ms. Louis at church but hadn't become acquainted with her personally. As I began to reach out to her to offer condolences and support, I found that she would always reply to those text messages with such hope.

Months later, when her eldest son Adonte was graduating from high school. She asked me to come to her home after church for a family luncheon and to pray over her son. I accepted and did so. Her home was filled with love, joy and of course food. Ms. Louis has the gift of

hospitality. I prayed for her son and as the fellowship continued within the home, Ms. Louis and I sat at the main dining room table and talked. She told me how proud she was of her son and his scholarship. But, she showed me that the scholarship is the goodness of the Lord, as it followed her husband's death.

You see, Ms. Louis is now a single mother due to the death of her husband. Yes, she has two adult children (both in Collage). But, she also has her youngest son, Kayden. She shared with
me, that it wasn't an accident that she birthed a child in her 40's. But, that Kayden was very much planned. Her late husband had for many years desired another child. As it was explained to me, this would be his "retirement project." He was due to retire from the fire department soon. So in their 40's they brought forth Kayden Louis. As I sat there listening to this heartwarming story, tears filled Ms. Louis's eyes. She said, from her husband: "Kayden is the best gift of love."

As the afternoon went on, I was privileged to hear other family stories that gave me a deeper picture into the person of Ms. Louis. As I gathered myself to leave that evening, Ms. Louis walked me to my car. She generously placed money in my hand to thank me for coming. I tried to refuse it, as I was just happy to be there and fellowship. But, she explained it's a gift that she wants me to have.

Shortly after this encounter, the tragedy of this current legal case occurred. I was out of town on business, when I sent a text to inquire about how she and her family had been getting on in reference to the death of her husband. Strangely, she did not reply. It was days later that she replied, telling me that she had been arrested.

The first time I saw her after this was at church. We pulled into the parking lot at the same time and walked inside. She made it clear that nothing would stop her from praising the Lord. We worshiped that day and the following day, Sunday, I went to her home to spend some time with her and hear what had taken place. As I walked into her home that Sunday morning, I was greeted with a similar feeling-hospitality and love. On this day I thought that I was going to take her to brunch and help her ease her mind. But, no. I walked into her home and she had

cooked such lovely food and had prepared for my coming. I was in shock. But, this is natural for her as she has the gift of hospitality.  As we spoke, tears keep forming in her eyes throughout the afternoon. But, the tears would always be wiped away by her resolve and faith in the Lord.

Now unemployed due to this legal case, she continued doing what was natural to her- serving, hospitality and loving. At this point Ms. Louis and I had become friends. We would pray with each other many nights and think of creative ways to serve the community.  When hurricanes Maria and Irma hit the Virgin Islands and other areas in August 2017, without hesitation Ms. Louis was at the forefront of donation collection, sorting, purchasing, packing and shipping. She raised hundreds of dollars from donors, spent countless hours sorting donations, packing and ensuring the barrels were received in the Islands. As a result of her missionary mind and local island contacts- 21 barrels were sent and received in Dominica, St. Thomas, St. John, St. Croix, Antigua (to service Barbuda as well) and 11 boxes of supplies to Houston, Texas and Tortola. 21 barrels are thousands of dollars in goods and supplies. Ms. Louis was focused on

supporting and helping those in need. Keeping in mind, the hurricanes hit, just days after her husband's 1 year anniversary of his death. She did not allow her sadness of Mr. Louis's death to paralyze her. But, she kept her mind focused on the need at the time. Which was service to other people in need.

Most recently, she and I each Thursday, deliver hot oatmeal to homeless residents of the District of Columbia. She wakes up at 4am and makes at least 50 bowls of oatmeal. Then, we pack the bowls in an insulated bag and drive around DC, looking for those sleeping and living in the streets that are hungry. But, this service oriented mindset isn't new to her. In many of her stories to me, she shared the joy she had in serving her community and island in St.Thomas. Each Saturday morning, before church, Ms. Louis and a few others would get up early and prepare meals. Once prepared and packed they would drive around giving those meals to people in need. After a while, I was told, whenever she would drive her vehicle around town people whom she had served would wave and say hello. She has a unique gift of hospitality and service that is rare in the human race.

Metropolitan Seventh-day Adventist Church
6307 Riggs Road, Hyattsville, MD 20783

In addition, beginning in March of 2018, the youth division of our church will begin teaching financial and skills (barbering) class to urban District of Columbia youth, of which Ms. Louis was at the forefront of helping to plan and organize.

Many days she cooks several containers of food and shares them with friends and neighbors. She has given to teachers at her sons school, she consistently cooks food for my senior citizen mother, consistently gives food to friends when they are sick and is a listening ear to others even during her moments of devastation. She takes the time to arise early in the mornings to join various prayer lines and prayer groups and to lift others in prayer.

I may not have known Ms. Louis for decades or even many years like others. But, I met Ms. Dorene Browne-Louis at a very hurtful time in her life when her husband was murdered and no concrete answer was given as to who did it. I met her at a time of great loss, when her family and friends in the Islands were devastated by hurricanes. I met her at a time in her life when she felt compelled to be her natural self through tragedy. I met her at a time of determination to serve the Lord and the human race despite the tragedies and circumstances that befell her. She resolved to be her natural self-loving, generous, focused and hospitable.

Thank you for accepting this character reference regarding Ms. Dorene Browne-Louis. I hope and pray that it is helpful in any decisions that are to be made. If you should have any questions or need for clarification, please feel free to contact me directly at: (301) 646-3055 or via email at Novella.Smith@gmail.com.

In addition, please find attached documentation of some of the programs that Ms. Louis has faithfully supported over the past several months.

Sincerely,

Pastor Novella D. Smith
**Assistant Pastor**
Metropolitan Seventh-day Adventist Church

Metropolitan Seventh-day Adventist Church
6307 Riggs Road, Hyattsville, MD 20783



Metropolitan Seventh-day Adventist Church
6307 Riggs Road, Hyattsville, MD 20783



SEVENTH-DAY
# ADVENTIST
CHURCH

**Cruz Bay**

P.O. Box 526
Cruz Bay, St. John
U.S. Virgin Islands 00831
Telephone:
(340)779-4477 - Church Office

December 28, 2017

Pastor Novella Smith
Metropolitan SDA Church
6307 Riggs Road
Hyattsville, MD 20783

Dear Pastor Smith,

Greetings in the wonderful name of Jesus!

The Cruz Bay Seventh-day Adventist Church would like to extend our heartfelt gratitude to you and the Metropolitan SDA Church family for your generous donation toward our recovery after Hurricanes Irma and Maria. We greatly appreciate your thoughtfulness and support. We pray that God will continue to prosper and enrich your ministry in every way.

May God bless you immensely!

Sincerely,

Wynfield Ambrose
Pastor



SEVENTH-DAY
**ADVENTIST**
CHURCH

**Shiloh**
P.O. Box 502098
St. Thomas
U.S.V.I. 00805-2098

Off: (340) 775-1059
Fax: (340) 775-5602
E-mail: shilohtab@gmail.com
Website: shilohsdavi.org

January 15, 2018

Metropolitan Seventh-day Adventist Church
6307 Riggs Road
Hyattsville, MD 20783

Dear Pastors and Members:

We bid you warm Christian greetings in the name of our Lord and Savior, Jesus Christ!

We wish to thank you immensely for your generosity and to express our gratitude, especially to Sister Dorene Louis, who was able to mobilize her current church family to assist her former church family during what could be described as "our darkest hour."

We received your generous contributions of clothing, toiletries and other relief supplies, which we distributed among members from the Shiloh and Philadelphia congregations on November 4. The recipients were extremely appreciative of the items they received as some of them have lost most or all of their earthly possessions during the passage of the two intense hurricanes. We pray that God will continue to abundantly bless you as you reach out to others in their time of need.

Once again, thank you for the gratitude and charitableness you have bestowed upon us, and we look forward to your continued beneficence.

Yours in Christ,

Jerry Languedoc
Pastor

Veronica Carty
Church Clerk

DISTRICT #3 ST. THOMAS, V.I., OF THE NORTH CARIBBEAN CONFERENCE, OF THE CARIBBEAN UNION, OF THE INTER-AMERICAN DIVISION



Share:

Tweet

- 
- 
- 
- 



# Your Weekly News & Updates

South Leeward Mission Website

## Click Below for Tessa Bango's Incredible Story - Tessa is a member of the  New Winthorpes SDA Church in Antigua



# Metropolitan SDA Church in Hyattsville, Maryland Donates 9 Barrels of Relief Supplies to Barbuda



**9 Barrels from Metropolitan SDA Church now in Antigua**

The Metropolitan SDA Church in Hyattsville, Maryland reached out to the community of Barbuda as soon as they were aware of the plight of the Barbudans after the onslaught of Hurricane Irma. On September 8th, 2017 Miss Roseanne Etinoff, an Antiguan living in the US and attending the Metropolitan SDA Church, contacted the South Leeward Mission leadership and indicated that one of her church and pastors wished to assist in the relief efforts.

Pastor Novella Smith of the Metropolitan SDA Church jumped into action with her volunteers and they began to prepare barrels of various items to be shipped to Antigua. These items included clothing, baby supplies, toiletries, batteries and a host of other necessities. Volunteers gathered and worked together to fill the barrels designated for the relief effort in St. Thomas and Barbuda among many other places.

The process included taking the time to send a list of items to Pastor Smith who then communicated that information to her congregation. Sis Ettinoff maintained communication with the South Leeward Mission to ensure that the process of shipping was smooth. The Metropolitan Church also sent finances to assist with the shipping, taxes and customs brokerage fees associated with getting the barrels to Antigua.

Metropolitan SDA Church Contributes 9 Barrels | Tessa Benge's Ann...   http://vrstext34/tcy/statcon/getcon561/c680_annotation?permali..

The 9 barrels shipped by the metropolitan SDA Church arrived to the South Leeward Mission office in Antigua on Monday, October 9th, 2017 (seen in the picture above). We say thanks to all those who contributed to this awesome effort! These items will be used to bring much needed relief to Barbudans who are presently housed at the shelter and others who have needs.

Several other churches and members of the Antiguan community who live in the USA have contacted the South Leeward Mission. They have indicated their desire to assist with the relief efforts in Barbuda and also in Dominica. The South Leeward Mission continues to facilitate this process and encourages others to become involved. The response thus far has been heart warming and the Barbudans continue to express their gratefulness for the needed assistance.

Barbudans who are housed at the shelter have said that they have felt the love of complete strangers. "People would just come to the shelter and drop off stuff. Food, clothing, water, medical supplies, baby supplies and so much more have been gifted to us." Others indicated, "the facilities are very comfortable. The Shelter is well arranged with bathrooms between two rooms." Some of the other shelters have open sleeping areas but the SDA shelter has private rooms.

Other ammenities include 2 washing machines and a dryer along with cold storage in the kitchen. Each day the occupants of the shelter are able to prepare their meals and take care of their needs in a timely fashion. Children get ready every morning an head off to school while adults, who are working while in Antigua, head off to work each morning.

Those wish to contribute to the relief efforts can contact the **South Leeward Mission** office at **Tel: 1 (268) 562 8109** and ask for the ADRA or Community Services Department.

## Health Fair at Tindal SDA Church



Honorable John D. Bates

United States District Judge

333 Constitution Avenue, N.W.

Browne-Louis, D.C. 20001

Dear Judge Bates,

    I meet Mrs. Louis right after me and my family joined the church. It was a big change because we had just started this new experience. I was about to start in high school at the church school and just joining everything, this was in 8th grade.  At a time when everything was changing you would say I kind of imprinted on the whole family. You see her daughter was one of my classmates. I'm the kind of person that never had too much friends I would have people I know and people I would say hi to but close friends not really. Miss Lewis and her family made me feel so welcomed that I started calling her mother every time I saw her. She was also one of the Sabbath School teachers she made the lessons or taught us lessons in a way that made sense to teenagers. She always try to encourage us to do our best how to keep God as number one priority in our lives. I remember her being someone that I can always talk to someone that everyone would want to talk to someone we could confide in. She would always open herself and her house to her children I would say. I remember numerous times going over for lunch and luncheons to her  house with other members Sabbath school and Friends. I remember movie Nights and game nights at her house. I remember her  giving me  outfits for  church clothes dresses going over to the house and her just throwing out some clothes from a closet and we just going through what could have fit what we wanted.

Miss Louis is someone who helps everyone not just people she knew. We had an Outreach that we started once for Sabbath School. We would go out each Saturday morning some of the teachers would make breakfast and sandwiches it would alternate sometimes and people going groups and numbers and feed the Homeless. We became so important to these people the Outreach we did they would wait and they would be excited every time we came not just for food but because we would stop and talk to them pray with them and give them something they really needed. After doing this for some time it even had some of the people we reached out to that came understandable charge and stayed with us on some days. The people we try to help helped us to see that this is what God wanted us to do. Miss Louis a big part of why we did or how we could do what we did every day every Sabbath for someone else. Waking up early on Sabbath to reach out to someone else before we continued without a regular Sabbath service. This Outreach is still done at our church even now.

Miss Louis was someone you would always encourage us to do better. After High School I remember lots of conversations she had with us wanting us to go back to school so we would get a better future for myself. She knew education and hard work was very important for everyone to have. Miss Louis on her family always made me feel like I truly belong. I remember the excitement over her having another child, I felt like I was getting another brother. A couple years ago there was a major trauma to the family. Her husband mr. Benson was killed. I can't say that I had as much of a relationship with mr. Benson as the rest of the family but when I got the news of his passing what impacted me more was that I was grieving not only for his death but for how it would impact my mom and brothers and sister. All I could remember thinking is how is Mommy Mrs. Louis her children taking it how are they holding up. Even to the day of the funeral for her husband there was a group of the children that she taught for Sabbath School me included and my cousins and some others that was just in the back. Even to her worst day she came up to talk to us. To encourage us. To make sure but God forbid if anything like that ever happened we would be right With God all selves. I remember her saying to all of us all the things we've been through together don't let it stop us. someone who impacted and influence so much lives for the better to see how going through something so tough and not knowing what to do with what you could say just feeling like you can't give back all the help that she give to you when she needs it most. How do you express your thanks for all and her family did for me. I can't see if this is the proper letter that shows Miss Lewis's character and who she really is but this is all I could do to help at this time.

Judge Bates, I'm not a person to express myself the right way or fully sometimes. I have not confided in much about my mistakes that I have made not that I've made many but I know that if I was ever to Miss Louis will be there for anyone included me. Not to condone the mistakes or bad judgments but because everyone makes mistakes and everyone needs someone that's going to be there to say you messed up but I'm still here for you. I know many others could attest to her doing this for them so I want to do this for her. Miss Lewis is one of the best women I've ever met she's kind, forgiven, and loving that's why I'm happy that she was such a great influence in my life even to today.

Sincerely,

Asheby Williams

7215 estate tutu

Saint Thomas US Virgin Islands 00802

April 17, 2018
Honorable John D. Bates
United States District Judge
333 Constitution Avenue, N.W.
Washington D.C. 20001

Dear Judge Bates,

       I am writing to urge leniency in the sentencing of my friend Mrs. Dorene Browne Louis. I have known Dorene for several years. Dorene has always been there for me and my family, always willing to lend a hand wherever possible. Dorene and I attended the Shiloh Seventh day Adventist Church, where she was an active member from pathfinder counselor, women's ministry, to youth choir director, just to name a few. She never said no when ask to do something. I know Ms. Louis to be dependable, responsible, caring, honest, and courteous. Ms. Louis and two other Sabbath school teachers started a programme where every Sabbath mornings, with a group of youth, would go out in the community to feed the homeless and up to this day her legacy continues. She is a hard worker and opens her home to those in need. She fed the hungry, clothed the naked, and visited and prayed with and for the sick, especially when my five year old son was very sick in the hospital, her endless prayers and kind words comforted me. I can honestly say that Dorene is a person who leads by example. Her friends and family, especially her children, looks up to her and are inspired by her dedication. She is able to communicate with people both younger and older than her and to be positive and friendly. There is no task she cannot complete. Dorene is the definition of a hero and role model. Dorene is the kind of person who doesn't give up on someone even if that person gives up on him/her self. I have faith that the right course of action will be considered by the justice system. Thank you for considering my request for leniency and for your time.

Sincerely,

Jacqueline Stuart
6050 Estate Lovenlund Apt 4203
St.Thomas U.S.V.I. 00802

April 15, 2018

Dear Honorable Judge John D. Bates

Dorene Browne-Louis, where can I begin. Dorene and myself met in the 10th grade, who knew a 30+ years later, we are still friends, growing, learning from each other, and striving toward a better self.

Dorene has a firm relationship with her Mother and Father which have both instilled within her a great work ethic, copious faith in God, mannerisms exuding excellence, cooking skills, knowledge and know how of how to push thru and strive, without stepping, degrading or pushing anyone to get there.

Dorene, has 3 children that rely on her, who turns to her for guidance, coaching and understanding. She instills the same self pride she received from her parents into all of them, her oldest daughter, Britney, who is my Godchild that graduated with honors from college, Adonte who is now in college and Kaiden who is growing into quite a young man. As her kids grew wiser and stronger, Dorene continued to be a pillar in her community, active singer, member and Pathfinder leader at the Seven Days Adventist church. She is the go to person when the chips are down, always willing to help others that are less fortunate.

Dorene always had an entrepreneur spirit. I feel she gets it from her Dad. Start small, it will grow big, one step at a time. And so she did, small businesses doing what she loved, clothes, shoes, cooking, cleaning and designing. Dorene pursued her degree with honors and completed her Masters, setting that tone for more to come.

When Dorene got married, it was intimate and elegant. I've always admired her style, it was precise but prestigious. Her stand on principles, her noble rareness is a true gem. As Dorene's love for her husband grew, they grew together, traveled the world, explored things, building their foundation. And then the inevitable happened, the tragic passing of her husband. I could not imagine, how she felt, what was her mindset or her emotional state. But as i looked at my best friend, how her faith in God never wavered, I remember one of her favorite words "Covered". And yes She is Covered by His blood, still fearless, strong, astonishing, still caring for others, adding an extra ear of understanding, beautiful inside and out and still allowing her light to shine. I am more than happy to speak on Dorene's character which is full of life, a giving spirit, a peaceful demeanor, warm heart and overall genuine individual that has more to offer her family and friends.

Dorene is a strong provider, worthy beyond all words and highly empowering. Time away from her family will not be healthy. What she is accused of does not define her character in the least bit. Dorene character exudes positive momentum, and positive actions to build upon and moving forward, redefining herself in a Grand way, spreading a beneficial attitude to others. Her future being an entrepreneur is bright, who wouldn't want to make their own schedule doing what they love and have a passion for. Donating and volunteering, benefiting the less fortunate is within that passion. This community need more Dorene's in the world, it will be an injustice to strip it for any amount of time. I have no doubt success is in her future with God's help and strength. I

sincerely hope I've shared a little bit of Dorene Browne-Louis the person, we, her family and friends, Love.

Thanks for your time.

Respectfully
Rebecca D. Dowling
rebecca.d.dowling@gmail.com