

Metropolitan Seventh-day Adventist Church
6307 Riggs Road, Hyattsville, MD 20783
301-853-2224
www.metrosda.org

p *pray • love • serve*

December 5, 2017

Dear Friend,

I wanted to share with you an opportunity to give back to those who are truly in need. On June 10-16, 2018, I will be joining a team from the Metropolitan SDA church on a mission trip to Puerto Rico. As you know, this year Hurricane Maria devastated the island leaving much of its critical infrastructure in disrepair. Residents are without basic services as utilities, medical care, and in some cases sufficient clean water.

Our team will be bringing needed supplies for distribution, providing medical and dental care to island residents, as well as assisting in the rebuilding effort. The cost for this trip is $1,000 per person. I am asking if you would be able to help me raise the needed funds for this trip so that I may provide in person care and support to the many families in need. Any amount that you can give will be greatly appreciated.

All funds will need to be submitted by Mar 1, 2018. Checks may be made payable to the Metropolitan SDA Church with my name and Puerto Rico in the notes section. All donations are tax deductible. I thank you in advance for your prayers and support. Please join me in praying for the people of Puerto Rico that God would send relief right away!

In Christ,